IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY MORRIS,<br>          Plaintiff<br><br>vs.<br><br>DAVID BROKAW, PTL (Individually & in his Official Capacity); ROBERT LEHEW (Individually & in his Official Capacity; CHIEF OF POLICE (Individually & in his Official Capacity); TOWNSHIP OF WILKIN TOWNSHIP; WILKIN TOWNSHIP POLICE DEPARTMENT,<br>          Defendants | 2:06cv360<br>Electronic Filing<br><br>Judge David Stewart Cercone<br>Magistrate Judge Amy Reynolds Hay |

## ORDER

AND NOW, this 18th day of August, 2006, after the plaintiff, Gregory Morris, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

      IT IS HEREBY ORDERED that this action is dismissed for failure to prosecute.

      IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

                                                      _/s/ D. Cercone_
                                                      David Stewart Cercone
                                                      United States District Judge

cc:    Honorable Amy Reynolds Hay
        United States Magistrate Judge

        Gregory Morris
        04488-748
        FCI Cumberland
        P.O. Box 1000
        Cumberland, MD 21501